AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
для for the
Southern District of Florida

| United States of America | ) |
| v. | ) |
| | ) Case No. 21-6055-SNOW |
| SANDRO LOUIS, | ) |
| | ) |
| | ) |
| *Defendant.* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the dates of __November 28, 2020__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(a)(6) | Purchase of a Firearm by Means of a False Statement |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Matthew Reyes, Special Agent, ATF
*Printed name and title*

Sworn to before me telephonically.

DATE: February 3, 2021

_____
*Judge's signature*

City and state: Fort Lauderdale, Florida

Lurana S. Snow, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your Affiant, Matthew Reyes, being duly sworn, hereby deposes and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have served in that capacity since June of 2020, investigating violations of federal law. I am a graduate of the Criminal Investigator Training Program as well as the Uniformed Police Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. Prior to serving in the ATF, I was a Uniformed Division Officer with the United States Secret Service from 2010 to 2015. I also served as a United States Secret Service Law Enforcement Specialist Instructor at the James J. Rowley Training Center from 2016 to 2019. Additionally, I was a Special Agent with United States Secret Service from June 2019 to June 2020.

2. I also served as a United States Secret Service Law Enforcement Specialist Instructor at the James J. Rowley Training Center from 2016 to 2019. Additionally, I was a Special Agent with United States Secret Service from June 2019 to June 2020.

3. I have my bachelor's degrees in criminal justice from Rutgers University. I have received additional specified training in terrorism, tactics, control tactics, security and protection, and open source internet and social media. I have participated in a variety of different aspects of investigations, including surveillance, operations to conduct controlled purchases of firearms and the interviewing suspects.

4. This affidavit is for the limited purpose of establishing probable cause that **SANDRO LOUIS (hereinafter referred to as "LOUIS")**, did purchase firearms by means of a false statement, in violation of Title 18, United States Code, Section 922(a)(6).

5. The information contained in this Affidavit is based on my personal knowledge, as well as information relayed to me by other law enforcement agents and officers involved in this investigation. I have not included in this Affidavit each and every fact known to me or to other law enforcement officers surrounding this investigation. Rather, I have included only those facts that I believe are necessary to establish probable cause.

## PROBABLE CAUSE

### *Initial Investigation*

6. In 2016, LOUIS was the subject of an investigation by ATF involving the dealing of firearms without a license. Specifically, LOUIS had purchased approximately 30 firearms between November 2014 and November 2016 from FFLs. Agents made contact with LOUIS on May 11, 2016, October 21, 2016, and December 14, 2016. During the course of these contacts, it was determined that numerous firearms purchased by LOUIS were no longer in his possession and unaccounted for, as evidenced by the fact that LOUIS was only in possession of three firearms when ATF agents made contact with him in 2016.

7. On November 24, 2016, a rap video posted to LOUIS' YouTube channel, "SandoReapaTV," revealed LOUIS singing the lines, "ATF tried to flush me out… I sold and own a lot of guns, you don't want to see me bring them out."

8. LOUIS was served with an ATF Notice of Unlicensed Firearm Dealing in Violation of Federal Law, advising him of the federal statutes related to dealing in firearms without a license. LOUIS was advised to cease and desist, and signed a receipt acknowledging that he had read, understood, and received the ATF letter.

2

***Instant Investigation***

9. On November 10, 2020, contact was made with Pjammo LLC ("Pjammo"), a FFL located in Pompano Beach, Florida, in reference to an investigation involving the unlawful sale of firearms by an individual identified as D.D. Your Affiant spoke with M.N., a manager, who was shown a photograph of D.D. M.N. advised she recognized D.D.'s name and photograph, and indicated that D.D. is a regular customer who comes into Pjammo on a weekly basis to purchase firearms. M.N. further advised that D.D. is always accompanied by LOUIS. According to M.N., D.D. and LOUIS usually pay for the firearms in cash.

10. An E-Trace query[1] conducted of LOUIS, revealed multiple traces conducted by various law-enforcement agencies from 2018 to 2020, where LOUIS is the listed purchaser of firearms recovered in various crimes, including in the Bahamas, Broward County, Miami-Dade County, and Hillsborough County.

11. The investigation further revealed that since March 7, 2020 to February, 2021, LOUIS has purchased at least 55 firearms from FFLs in Broward and Miami-Dade Counties.

12. ATF recovered ATF Form 4473 ("ATF Forms") associated with LOUIS' firearm purchases. On each of these ATF Forms, LOUIS was asked, "Are you the actual transferee/buyer of the firearm(s) listed on this form. Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person." LOUIS indicated, "Yes," to this question on each ATF Form.

---

[1] E-Trace is a web-based application that tracks the purchase and/or use history of firearms used in violent crimes. The system, available in both English and Spanish, is key in generating investigative leads to help solve violent crimes across the country. These leads help law enforcement agencies quickly identify potential firearm traffickers and suspects in criminal investigations.

### *LOUIS' Social Media Accounts*

13. On November 16, 2020, agents located a Facebook Account and Instagram Account in LOUIS' name, accompanied by LOUIS' photograph. Both the Facebook and Instagram Accounts further included dozens of personalized photographs and messages indicating that LOUIS is controlling the accounts.

14. Among these photographs, were images of multiple firearms in their respective packaging. Specifically, on June 5, 2020, LOUIS posted the picture below:



15. Among the multiple individuals that publicly commented on the above photograph, one such individual commented, "Got anything for $200?" LOUIS replied, "…naw I don't fam the lowest be 350."

4

16. On August 11, 2020, LOUIS posted a video of a Glock Model 19, 9mm semi-automatic pistol, to his Facebook Account. In the comment section of the video, an individual comments, "Price," to which LOUIS replies, "DM."[2]

17. On September 14, 2020, LOUIS posted a photograph of an FN PS90 5.7x28 caliber rifle. The same make and model of the firearm was purchased by LOUIS at PJammo on September 14, 2020. An individual commented on the photograph, "bra u got more guns for sale? I been tryna message u lol."

18. On November 18, 2020, LOUIS posted the following photograph on his Facebook Account with the caption, "Need Ammo, Flash Bangs, ar Drums, Ak Drums, Pistol Lasers Holla at me":



19. On or about November 25, 2020, a federal search warrant was issued for LOUIS' Facebook Account (see 20-MJ-6615-VALLE). Although not exhaustive, the results revealed the following:

---

[2] In your Affiant's training and experience, "DM" is an abbreviation for "direct message," and individuals engaged in the unlawful sale of firearms will often refer their potential purchasers to their private inbox on their social media platforms so they can broker prices, set up a meet location to conduct the transaction, and discuss additional firearms for sale out of public view.

   a. Photographs of LOUIS displaying numerous firearms for sale with hashtags such as "#gunsforsale";

   b. Messages between LOUIS and various individuals discussing the firearms LOUIS' has available for sale, negotiating the price of the firearm, and the time and location of where the sale will take place; and

   c. A message between LOUIS and an individual who advises LOUIS that he is a convicted felon, whereupon LOUIS continues to negotiate the sale of the firearm.

   20. A query was conducted by Industry Operations Investigators to determine if LOUIS had a valid or active FFL or NFA manufacturing license. The query was met with negative results confirming that LOUIS did not have a valid manufacturing or dealing license.

### *Undercover Agents Encounter LOUIS*

   21. On or about December 3, 2020, at approximately 3:50 p.m., agents were notified by a representative from PJammo that LOUIS and D.D. were currently inside PJammo shopping for firearms. Agents responded to PJammo and at approximately 4:11 p.m., an agent, acting in an undercover capacity (the "UC"), entered PJammo and observed LOUIS and D.D.

   22. The UC saw a PJammo employee ("the employee") showing LOUIS and D.D. a rifle. The UC initiated conversation with LOUIS, D.D., and the employee, and asked about the rifle, at which point the D.D. handed the UC the rifle to observe. The UC then asked the employee about other firearms convenient for concealed carry, at which point LOUIS engaged the UC in conversation and stated that he would recommend the Springfield Hellcat 9mm pistol ("Hellcat pistol"). The UC asked the employee if PJammo had that particular firearm, to which the employee advised PJammo was out of stock. At this point, LOUIS leaned over and advised the UC that LOUIS has three (3) Hellcat pistols and would sell the UC a new one currently in the box. The UC

expressed an interest and LOUIS provided his cellular number to the UC. In the presence of LOUIS, the UC called the number and informed LOUIS to save the UC's number.

23. The UC left PJammo and contacted LOUIS via text message. The UC reiterated his interest in purchasing the Hellcat pistol from LOUIS. LOUIS sent the UC a link for a Hellcat pistol selling for $499.99 from a website where firearms are sold. The UC informed LOUIS that according to the website, the Hellcat pistol was no longer in stock. LOUIS then told the UC that the UC could purchase LOUIS' Hellcat for $750.00 or, LOUIS would purchase a Hellcat for the UC from a gun show taking place during the weekend at the Miami Airport Convention Center.[3] The UC told LOUIS that he would purchase LOUIS' Hellcat for $750.00 as long as it was new and in the box, unless LOUIS could find the firearm cheaper at the gun show during the weekend. The UC then asked LOUIS if he thought the Hellcat pistol was an appropriate firearm for a female as the UC would like to purchase one for his girlfriend for Christmas. LOUIS said that if the UC could wait until the weekend, LOUIS would purchase him two Hellcat pistols.

24. On or about December 6, 2020, LOUIS contacted the UC, by phone, stating he was at the gun show to get the firearms for the UC. LOUIS agreed to meet the UC the following day, Monday, December 7, 2020, to sell the two purchased firearms to the UC for a price of $750.00 per firearm, for a total of $1,500.[4]

25. On this same day, agents received an alert from a Federal law enforcement entity, indicating that LOUIS made a purchase of firearms. A further investigation revealed that LOUIS

---

[3] Agents confirmed that the Miami Airport Convention Center was in fact hosting the "Miami Gun Show" on this particular weekend.

[4] It should be noted that a federal search warrant was granted, authorizing the installation of a GPS tracking device on LOUIS' vehicle to monitor his whereabouts (see 20-MJ-6609-HUNT). The GPS tracking device confirmed that LOUIS was parked in the vicinity of the Miami Airport Convention Center at the time of this call.

purchased three (3) Springfield Hellcat, .9mm caliber pistols, at the Miami Gun Show from Supreme Firearms, a FLL.

### *The Undercover Buy*

26. On or about December 7, 2020 at approximately 12:43 p.m., the UC contacted LOUIS, by phone, to set up a time and meeting location to purchase the firearms. LOUIS agreed to meet the UC at a parking lot in Pompano Beach, Florida (the "parking lot'). At approximately 1:40 p.m., LOUIS contacted the UC, by phone, and advised the UC that he was heading to the parking lot.

27. Shortly thereafter, LOUIS arrived at the parking lot in his vehicle. LOUIS parked his vehicle directly behind the UC's vehicle. LOUIS exited his vehicle holding two black boxes in his hands, and approached the UC's front passenger door. LOUIS handed the UC the two black boxes. Each box contained one Hellcat pistol, with two magazines. The two pistols were later confirmed to be two of the Hellcats LOUIS purchased from Supreme Firearms at the Miami Gun show on December 6, 2020, as supported by matching serial numbers.

28. LOUIS informed the UC that the price for the firearms would be $1,560.00. The UC handed LOUIS $1,600.00 and asked if LOUIS had $40.00 in change. LOUIS stated that he did not, but instead asked the UC if he wanted a "flash grenade", also known as a "Flash Bang". LOUIS returned to his vehicle and retrieved a white plastic bag, and then returned to the UC's vehicle. LOUIS opened the plastic bag which contained eight flash bangs, consistent with those found in the photograph posted to LOUIS' social media account (see paragraph 18).

29. The UC stated that he wanted to purchase all of the flash bangs, and asked LOUIS to "hook him up." To this, LOUIS responded, "I got you." The final price agreed on for the two firearms and the flash bangs was $1,700.00.

30.     After the transaction was complete, the UC asked LOUIS about AR Pistols, and if LOUIS could recommend an effective one. Another conversation ensued wherein LOUIS discussed some additional firearms he had. As the encounter was ending, LOUIS stated that he has more inventory coming in and that he will keep the UC updated on the inventory he gets.

### *LOUIS' Arrest*

31.     On or about February 2, 2021, a federal search warrant was executed on LOUIS' residence (see 21-MJ-8033-WM.) LOUIS was present. Of the 55 firearms purchases by LOUIS since March 2020, only 15 of those firearms were recovered as a result of the search.

32.     Post-*Miranda*, LOUIS admitted to selling firearms and firearm accessories for monetary gain. LOUIS advised that he purchases specific firearms at the request of others, and then ultimately sells those individuals the firearms. LOUIS also stated that he sells these firearms to individuals he meets on social media or at "gun shows".

33.     When asked about the three Hellcat firearms purchased from the Miami Gun Show on or about December 6, 2020 at the UC's request, LOUIS acknowledged that they were to be given to the UC. LOUIS further acknowledged that he purchased the following firearms from Pjammo, in Broward County, Florida, on or about November 28, 2020, which he in turn sold to other individuals:

      a. FN Five-Seven, .57x28 caliber, Serial Number 386391071;

      b. Springfield Hellcat, 9mm caliber, Serial Number BY440854; and

      c. Glock 23, .40 caliber, Serial Number XKL956.

## CONCLUSION

34. Based on the foregoing facts, I respectfully submit that that there is probable cause to support a criminal complaint charging **SANDRO LOUIS** for violations of Title 18, United States Code, Section 922(a)(6), purchasing a firearm by means of a false statement.

**FURTHER AFFIANT SAYETH NAUGHT.**

Matthew Reyes
Special Agent, ATF

Sworn to and subscribed before me telephonically this 3rd day of February, 2021.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

10