UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____
18 U.S.C. § 922(a)(1)(A)
18 U.S.C. § 922(a)(6)
18 U.S.C. § 924(d)(1)

UNITED STATES OF AMERICA

vs.

SANDRO LOUIS,

      Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Dealing in Firearms without a License
### (18 U.S.C. § 922(a)(1)(A))

From in or around March 2020, the exact date being unknown to the Grand Jury, and continuing through on or about February 2021, in Broward and Miami-Dade Counties, in the Southern District of Florida, and elsewhere, the defendant,

**SANDRO LOUIS,**

did willfully engage in the business of dealing in firearms without a license, in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

### COUNT 2
### False Statement During a Firearm Purchase
### (18 U.S.C. § 922(a)(6))

On or about December 6, 2020, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**SANDRO LOUIS,**

in connection with the acquisition of firearms from a federally licensed firearms dealer, that is, Florida Tactical Supplies Inc, d/b/a Supreme Firearms, did knowingly make a false or fictitious statement, which was intended and likely to deceive the dealer with respect to any fact material to the lawfulness of the acquisition of said firearms, in that the defendant Sandro Louis, stated in Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 that he was the actual buyer of the firearms, when in truth and in fact, and as the defendant then and there well knew, he was purchasing the firearms for another person, in violation of Title 18, United States Code, Section 922(a)(6).

It is further alleged that the firearms were:

1. One (1) Springfield Armory Hellcat Pistol, .9mm caliber, serial number BY387310; and

2. One (1) Springfield Armory Hellcat Pistol, .9mm caliber, serial number BY440724.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **SANDRO LOUIS**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 922, or any other criminal law of the United States, as alleged in this Indictment, the defendant shall forfeit to the United States any firearm and ammunition involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Section 924(d)(1).

All pursuant to Title 18, United States Code, Section 924(d)(1), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code,

Section 2461(c).

                                                                                    A TRUE BILL

                                                                                     FOREPERSON

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BROOKE ELISE LATTA
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

SANDRO LOUIS,

Defendant

CASE NO. _____

# CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

Court Division: (Select One)
- ___ Miami
- ___ Key West
- ✓ FTL
- ___ WPB
- ___ FTP

New defendant(s)       Yes ___  No ___
Number of new defendants  ___
Total number of counts    ___

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect _____

4. This case will take  2-3  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days      ✓
   - II   6 to 10 days
   - III  11 to 20 days
   - IV   21 to 60 days
   - V    61 days and over

   (Check only one)
   - Petty
   - Minor
   - Misdem.
   - Felony

6. Has this case previously been filed in this District Court?  (Yes or No)  No
   If yes: Judge _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  Yes
   If yes: Magistrate Case No.  21-MJ-06055-LSS
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of  February 3, 2021
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)  No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?  Yes ___  No ✓

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  Yes ___  No ✓

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?  Yes ___  No ✓

_____
BROOKE ELISE LATTA
ASSISTANT UNITED STATES ATTORNEY

*Penalty Sheet(s) attached

REV 6/5/2020

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

Defendant's Name:   SANDRO LOUIS

Count #: 1

Dealing in Firearms without a License

Title 18, United States Code, Section 922(a)(1)(A)

**\*Min./Max. Penalty:** 5 Years' Imprisonment; $250,000 Fine; 3 Years' Supervised Release

Count #: 2

False Statement During a Firearm Purchase

Title 18, United States Code, Section 922(a)(6)

**\*Min./Max. Penalty:** 10 Years' Imprisonment; $250,000 Fine; 3 Years' Supervised Release

\*Refers only to possible term of incarceration, does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.